## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES H. OPPLIGER and GAYLE OPPLIGER, | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV750 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |
| and | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | 8:08CV530 |
| vs. | ) ) | ORDER |
| JAMES H. OPPLIGER and GAYLE OPPLIGER, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the United States' Motion for Extension of Remaining Deadlines of Progression Order (Filing No. 67 in case No. 8:06CV750; Filing No. 46 in case No. 8:08CV530). James H. Oppliger and Gayle Oppliger have filed a response (Filing No. 68 in case No. 8:06CV750; Filing No. 47 in case No. 8:08CV530) to the motion indicating the parties have come to an agreement regarding progression of the case. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The United States' Motion for Extension of Remaining Deadlines of Progression Order (Filing No. 67 in case No. 8:06CV750; Filing No. 46 in case No. 8:08CV530) is granted as follows.

  2. The remaining deadlines contained in the February 6, 2009, Order Setting Final Schedule for Progression of Case and May 8, 2009, Amended Order are stayed. The pretrial conference and trial are cancelled.

  3. The parties shall have **ten (10) days** from the date the court rules on the pending motion for summary judgment in which to schedule a telephone planning conference with the court, if necessary. Counsel for James H. Oppliger and Gayle Oppliger shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

  4. James H. Oppliger and Gayle Oppliger shall have to on or before **December 21, 2009**, to respond to the United States' Motion for Summary Judgment. The United States shall have to **on or before January 4, 2010**, to file a reply.

  5. Despite the stay of this case, the United States shall respond **on or before December 14, 2009**, to discovery requests served on November 13, 2009.

  DATED this 7th day of December, 2009.

                BY THE COURT:

                s/Thomas D. Thalken
                United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.